Leonard C. Herr, #081896
Alex E. Thompson, #280919
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Plaintiff,
LAMONT ELEMENTARY SCHOOL DISTRICT

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAMONT ELEMENTARY SCHOOL DISTRICT,<br><br>          Plaintiff,<br><br>     v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, SCOTTSDALE INDEMNITY CO. and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 1:20-cv-01263-NONE-JLT<br><br>Kern County Superior Court Case No. BCV-20-101680<br><br>**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>(Doc. 20) |

Plaintiff LAMONT ELEMENTARY SCHOOL DISTRICT, by and through its legal counsel of record; Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through its legal counsel of record; and Defendant SCOTTSDALE INDEMNITY COMPANY, by and through its legal counsel of record, submit this Stipulation and Order for Leave to File First Amended Complaint.

**RECITALS**

WHEREAS, all parties to this matter have had substantial discussions regarding proposed amendments to the Complaint;

///

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-1-

**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

WHEREAS, the parties agree that the amendments discussed will not prejudice any party; and,

WHEREAS, the current deadline, per the Scheduling Order to file an amended complaint by stipulation or motion is March 31, 2021 and this stipulation will not change a Scheduling Order deadline.

**STIPULATION**

Plaintiff LAMONT ELEMENTARY SCHOOL DISTRICT, by and through its legal counsel of record; Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through its legal counsel of record; and Defendant SCOTTSDALE INDEMNITY COMPANY, by and through its legal counsel of record agree to and incorporate the recitals above and stipulate that LAMONT ELEMENTARY SCHOOL DISTRICT may file an amended complaint on or before March 31, 2021.

Dated:  March 29, 2021        HERR PEDERSEN & BERGLUND LLP

By:  /s/ Leonard C. Herr
    LEONARD C. HERR
    ALEX E. THOMPSON
    Attorneys for Plaintiff,
    LAMONT ELEMENTARY SCHOOL
    DISTRICT

Dated:  March 29, 2021        GORDON REES SCULLY MANSUKHANI, LLP

By:  /s/ Michelle R. Bernard
    MICHELLE R. BERNARD
    JESSICA L. MYER
    Attorneys for Defendant,
    SCOTTSDALE INDEMNITY COMPANY

Dated:  March 29, 2021        CATES PETERSON, LLP

By:  /s/ Mark D. Peterson
    MARK D. PETERSON
    Attorney for Defendant,
    TRAVELERS PROPERTY CASUALTY
    COMPANY OF AMERICA

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

**ORDER**

Pursuant to the parties' stipulation in this matter, Plaintiff LAMONT ELEMENTARY SCHOOL DISTRICT shall have leave to file a First Amended Complaint on or before March 31, 2021.

IT IS SO ORDERED

Dated: March 30, 2021

_____
UNITED STATES MAGISTRATE JUDGE

stip. & ord. re fac.doc

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA  93291
(559) 636-0200

-3-

**STIPULATION AND ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**