Leonard C. Herr, #081896
Alex E. Thompson, #280919
HERR PEDERSEN & BERGLUND LLP
Attorneys at Law
100 Willow Plaza, Suite 300
Visalia, California 93291
Telephone: (559) 636-0200

Attorneys for Plaintiffs,
LAMONT ELEMENTARY SCHOOL DISTRICT
and SELF INSURED SCHOOLS OF
CALIFORNIA (SISC)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| LAMONT ELEMENTARY SCHOOL DISTRICT and SELF INSURED SCHOOLS OF CALIFORNIA (SISC), <br><br> Plaintiffs, <br><br> v. <br><br> TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, SCOTTSDALE INDEMNITY CO., NATIONAL CASUALTY COMPANY and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 1:20-cv-01263-NONE-JLT <br><br> Kern County Superior Court Case No. BCV-20-101680 <br><br> **STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY DEADLINE OF JULY 30, 2021 TO OCTOBER 8, 2021** |

Plaintiffs LAMONT ELEMENTARY SCHOOL DISTRICT and SELF INSURED SCHOOLS OF CALIFORNIA (SISC), by and through their legal counsel of record; Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through its legal counsel of record; Defendant SCOTTSDALE INDEMNITY COMPANY, by and through its legal counsel of record; and Defendant NATIONAL CASUALTY COMPANY, by and through its legal counsel of record submit this Stipulation and Order to Extend the Non-Expert Discovery Deadline of July 30, 2021 to October 8, 2021, which is the cut-off for expert discovery.

///

///

-1-

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY DEADLINE OF JULY 30, 2021 TO OCTOBER 8, 2021**

# RECITALS

WHEREAS, this case is currently operating under a Scheduling Order pursuant to Federal Rules of Civil Procedure, Rule 16, signed by United States Magistrate Judge Jennifer L. Thurston, dated November 24, 2020;

WHEREAS, the current deadlines, per the Scheduling Order at Section III, to complete non-expert discovery is July 30, 2021 and to complete expert discovery is October 8, 2021;

WHEREAS, the parties have engaged in discovery, including but not limited to, completing initial disclosures and taking multiple depositions;

WHEREAS, the parties have encountered issues in scheduling depositions to go forward by remote means with COVID19 restrictions and searching for documents which due to the passage of time are not readily accessible;

WHEREAS, the parties have attempted settlement negotiations and other discussions to maximize efficiency in handling this matter, including but not limited to, resolution of the case, narrowing and defining the scope of the current matter, removal of claims and remand to the Superior Court of California, Kern County;

WHEREAS, the parties are currently engaging in discussions which may resolve this matter, pending a resolution of a related action against the Defendants' insured, the Boys and Girls Clubs of Kern County;

WHEREAS, the parties have been diligently working together to complete discovery, including but not limited to, the taking of additional Federal Rule of Civil Procedure, Rule 36(b) witnesses and responses to written discovery requests;

WHEREAS, the parties anticipate, due to the amended complaint with its accompanying new claims and allegations, initial disclosures will need to be supplemented and additional discovery will occur; and,

WHEREAS, the parties' proposal that the non-expert discovery cutoff date of July 30, 2021 be moved to the current expert discovery cutoff of October 8, 2021,

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-2-

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY DEADLINE OF JULY 30, 2021 TO OCTOBER 8, 2021**

will neither prejudice the parties nor make changes to the current Scheduling Order's other dates.

**STIPULATION**

Therefore, Plaintiffs LAMONT ELEMENTARY SCHOOL DISTRICT and SELF INSURED SCHOOLS OF CALIFORNIA (SISC), by and through their legal counsel of record; Defendant TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, by and through its legal counsel of record; Defendant SCOTTSDALE INDEMNITY COMPANY, by and through its legal counsel of record; and Defendant NATIONAL CASUALTY COMPANY, by and through its legal counsel of record agree to and incorporate the recitals above and stipulate that the Scheduling Order at Section III be amended to move the deadline to complete all discovery pertaining to non-experts from July 30, 2021 to October 8, 2021, the cut-off for expert discovery.

Dated: July 6, 2021　　　　HERR PEDERSEN & BERGLUND LLP

By:　/s/Leonard C. Herr　
　　　LEONARD C. HERR
　　　ALEX E. THOMPSON
　　　Attorneys for Plaintiffs,
　　　LAMONT ELEMENTARY SCHOOL
　　　DISTRICT and SELF INSURED SCHOOLS
　　　OF CALIFORNIA (SISC)

Dated: July 6, 2021　　　　GORDON REES SCULLY MANSUKHANI, LLP

By:　/s/ Michelle R. Bernard　
　　　MICHELLE R. BERNARD
　　　JESSICA L. MYER
　　　Attorneys for Defendants,
　　　SCOTTSDALE INDEMNITY COMPANY
　　　and NATIONAL CASAULTY COMPANY

Dated: July 6, 2021　　　　CATES PETERSON, LLP

By:　/s/ Mark D. Peterson　
　　　MARK D. PETERSON
　　　Attorney for Defendant,
　　　TRAVELERS PROPERTY CASUALTY
　　　COMPANY OF AMERICA

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200

-3-

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY DEADLINE OF JULY 30, 2021 TO OCTOBER 8, 2021**

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation in this matter, and upon good cause |
| 3 | being shown, the Scheduling Order is ORDERED amended to extend al discovery |
| 4 | related to non-experts to be completed no later than October 8, 2021. No other |
| 5 | amendments to the case schedule are authorized. |

IT IS SO ORDERED.

Dated: **July 7, 2021**          **/s/ Jennifer L. Thurston**
                                  CHIEF UNITED STATES MAGISTRATE JUDGE

stip. & order re disc..doc

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER TO EXTEND THE NON-EXPERT DISCOVERY DEADLINE OF JULY 30, 2021 TO OCTOBER 8, 2021**

HERR PEDERSEN
& BERGLUND
Attorneys at Law
100 Willow Plaza
Suite 300
Visalia, CA 93291
(559) 636-0200