UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT ELEMENTARY SCHOOL DISTRICT and SELF INSURED SCHOOLS OF CALIFORNIA (SISC),<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, SCOTTSDALE INDEMNITY CO., NATIONAL CASUALTY COMPANY and DOES 1 through 100, inclusive,<br><br>Defendants. | No.: 1:20-cv-01263-NONE-JLT<br><br>(Kern County Superior Court Case No. BCV-20-101680)<br><br><u>ORDER REMANDING TO STATE COURT PURSUANT TO THE PARTIES' STIPULATION</u> |

**ORDER**

Pursuant to the parties' stipulation, this case is remanded to the Kern County Superior Court, where it will return as Kern County Case No. BCV-20-101680. Promptly after returning to State Court, Lamont and SISC shall dismiss with prejudice all claims, other than Lamont's seventeenth claim for relief which is for declaratory relief (which also seeks a monetary award consistent with that relief), with which Lamont may

/////

/////

proceed.  Lamont shall not file any new causes of action or any new action in State Court or Federal Court based upon the same underlying claims.

IT IS SO ORDERED.

Dated: __**August 4, 2021**__                                  _____
UNITED STATES DISTRICT JUDGE